UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARYLYNN GENAW,
*as personal representative of the
Estate of Harold Genaw*,

   Plaintiff,

v.

GARAGE EQUIPMENT
SUPPLY, INC. and DANNMAR
EQUIPMENT, INC.,

   Defendants,

v.

DR. WERNER U. SPITZ,

   Respondent.
_____/

Case No. 2:18-cv-11931
District Judge Sean F. Cox
Magistrate Judge Anthony P. Patti

### ORDER GRANTING DEFENDANT GARAGE EQUIPMENT SUPPLY, INC.'S MOTION FOR ORDER TO SHOW CAUSE (ECF No. 53) AND REQUIRING RESPONDENT TO SHOW CAUSE WHY HE SHOULD NOT BE HELD IN CONTEMPT

  Before the Court for consideration is Defendant Garage Equipment Supply, Inc.'s motion for an order to show cause. (ECF No. 53.) Specifically, Defendant Garage Equipment Supply, Inc. (GES) seeks an order requiring Respondent Dr. Werner U. Spitz to: (1) appear before this Court and explain why he should not be held in contempt of court for failure to comply with the subject subpoena (*see* ECF

No. 53-5); and, (2) simultaneously provide a full and complete set of records requested in Defendant GES's Subpoena. (ECF No. 53, PageID.517.) It is not clear whether Defendant GES served a copy of the motion upon Respondent. (*Id.*, PageID.521.) On November 29, 2021, Judge Cox referred the motion to me for a hearing and determination. (ECF No. 54.)

Upon consideration, the Court **GRANTS** Defendant GES's request for an order to show cause and **ORDERS** Dr. Spitz to appear in person on **Monday, December 20, 2021 at 10 a.m.** to **SHOW CAUSE** why he should not be held in contempt of court for failure to comply with the subpoena issued on October 11, 2021 (*see* ECF No. 53-5). Defendant GES **SHALL:** **(1)** serve copies of its motion and this order upon Respondent via the U.S. Postal Service, using Certified Mail and Signature Confirmation as well as one other form of overnight commercial courier; and, **(2)** certify such to the Court in writing by **Monday, December 13, 2021**. Respondent's failure to comply with this order may result in sanctions and/or a finding of contempt. Defendant GES **SHALL** inform the Court right away if the subpoenaed records have been produced, in which case the hearing will be cancelled.

IT IS SO ORDERED.

Dated: December 7, 2021

_____
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

2